UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cv-61231-LEIBOWITZ

**MARIO RODRIGUEZ IZQUIERDO**,

    *Petitioner,*

v.

**GARRETT RIPA,** *et al.*,

    *Respondents.*

_____/

## ORDER

The Court held a hearing on June 30, 2025, at which counsel for Petitioner and Respondents appeared. [*See* ECF No. 11]. The Court made rulings at the June 30, 2025, hearing, which are memorialized in this Order. To the extent the Court made additional or more detailed rulings on the record that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Petitioner's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 [**ECF No. 1**] is **DISMISSED** for lack of jurisdiction.

2. Petitioner's Amended Petition [**ECF No. 4**] is **DISMISSED** for lack of jurisdiction.

3. Petitioner's Motion for Expedited Consideration, Order to Show Cause, and Stay of Removal [**ECF No. 5**] is **DENIED**.

4. This Court's June 25, 2025 administrative stay [**ECF No. 6**] is **DISSOLVED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**DONE AND ORDERED** in the Southern District of Florida on June 30, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record